UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HERMAN L. BANKS, | |
| Plaintiff, | |
| v. | CAUSE NO. 2:21-CV-45-PPS-APR |
| D. EVANS, et al., | |
| Defendants. | |

ORDER

Herman L. Banks, a prisoner without a lawyer, was granted leave to proceed in forma pauperis on February 3, 2021, and ordered to pay an initial partial filing fee of $43.10. (ECF 3.) Since then, he has made no payment. He was ordered to show cause by June 1, 2021, why the initial partial filing fee had not been paid, and to submit a copy of his trust fund ledgers from February 3, 2021, to the present. (ECF 5.) He was cautioned that if he did not respond, the case was subject to dismissal without further notice for failure to prosecute. *Id.*

In response, Mr. Banks sent the clerk a letter on May 9, 2021, stating that his fiancée would be paying the initial partial filing fee "this week." (ECF 6.) He also stated that he would submit a copy of his ledgers as ordered by the court to show that he did not have sufficient funds to pay the initial partial filing fee. *Id.* That was more than 30 days ago, and he has had no further communications with the court. The June 1, 2021, deadline has come and gone, and the initial partial filing fee remains unpaid, and he

also did not submit a copy of his ledgers for me to determine whether he can be excused from paying it.[1]

For these reasons, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED on June 15, 2021.**

s/ Philip P. Simon<br>
PHILIP P. SIMON, JUDGE<br>
UNITED STATES DISTRICT COURT

---

[1] The fact that he may have depleted his trust account after filing this action would not necessarily excuse him from paying. The initial partial filing fee was calculated based on the deposits to his account in the six months preceding the filing of this action in accordance with 28 U.S.C. § 1915(b)(1)(A).