AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HERMAN L. BANKS,

        Plaintiff

       v.                                          Civil Action No. 2:21-cv-00045

D. EVANS, Ofc,
B. BRNICKY, Sgt,

        Defendants

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Philip P. Simon.

DATE: June 15, 2021                    ROBERT N. TRGOVICH, CLERK OF COURT

                                                By: s/ L. Higgins-Conrad
                                                    *Signature of Deputy Clerk*